40 So.2d 913

**Velma C. HARMON et al. v. J. Massey EDGAR.**

**2 Div. 267.**

Supreme Court of Alabama.
April 14, 1949.

PER CURIAM.
Appeal dismissed, want of prosecution.

41 So.2d 911

**Robert I. INGALLS et al. v. INGALLS IRON WORKS et al.**

**6 Div. 866.**

Supreme Court of Alabama.
May 24, 1949.

PER CURIAM.
Appeal dismissed, motion of appellants.

39 So.2d 922

**Ex parte W. J. ISBELL, Jr.**

**7 Div. 3.**

Supreme Court of Alabama.
Feb. 25, 1949.

Bibb, Blackmon & Bibb, of Anniston, for petitioner.

PER CURIAM.
Rule nisi denied; petition dismissed.

BROWN, FOSTER, LIVINGSTON, LAWSON, and STAKELY, JJ., concur.

41 So.2d 912

**Lester S. KING v. Mary Poe KING.**

**7 Div. 13.**

Supreme Court of Alabama.
May 24, 1949.

PER CURIAM.
Appeal dismissed, motion of appellant.

40 So.2d 913

**Eddie T. KING et al. v. Sara Lujeanla SOKALSKI.**

**I Div. 329.**

Supreme Court of Alabama.
April 5, 1949.

Armbrecht, Inge, Twitty & Jackson and Outlaw, Seale & Kilborn, all of Mobile, for appellants.

John L. Moore and Jack Gallalee, both of Mobile, for appellee.

PER CURIAM.
Appeal dismissed, motion of appellants.